**STATE of Missouri, Respondent,**

v.

**Christopher L. ALEXANDER, Appellant.**

**No. WD 71318.**

Missouri Court of Appeals, Western District.

Dec. 14, 2010.

Motion for Rehearing and/or Transfer to Supreme Court Denied Feb. 1, 2011.

Application for Transfer Denied March 1, 2011.

Ruth Sanders, for Appellant.

Alison D. Dunning, for Respondent.

Before Division One: THOMAS H. NEWTON, Presiding Judge, JAMES M. SMART, JR., Judge and JOSEPH M. ELLIS, Judge.

### ORDER

PER CURIAM:

Christopher Alexander appeals from his conviction of one count of sexual misconduct in the second degree following a jury trial in the Circuit Court of Jackson County. No jurisprudential purpose would be served by a formal written opinion; however, a memorandum explaining the reasons for our decision has been provided to the parties.

Judgment affirmed. Rule 30.25(b).